IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**V.**                      **CASE NO. 5:14-CR-50003**

**RANDALL ACTON WEST**                                     **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 55) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on March 25, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 55) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion for Remittitur (Doc. 53) is **DENIED**.

**IT IS SO ORDERED** on this 10th day of April, 2019.

                                               /s/ Timothy L. Brooks
                                               TIMOTHY L. BROOKS
                                               UNITED STATES DISTRICT JUDGE